FILED

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

2021 FEB 18 PM 4: 37

CLERK, US DISTRICT COURT
MIDDLE DISTRICT FLORIDA
TAMPA, FLORIDA

UNITED STATES OF AMERICA

v.

CASE NO. 8:21 cr 61 MSS-CPT
18 U.S.C. § 2251(a)
18 U.S.C. § 2252(a)(2)
18 U.S.C. § 2252(a)(4)(B)

EMRAH KUC

## INDICTMENT

The Grand Jury charges:

### COUNT ONE

On or about December 17, 2018, in the Middle District of Florida, and elsewhere, the defendant,

EMRAH KUC,

did knowingly receive, and attempt to receive, a visual depiction using any means and facility of interstate and foreign commerce and that contained materials that had been shipped and transported in and affecting interstate and foreign commerce, by any means including by computer, when the production of the visual depiction involved the use of a minor engaging in sexually explicit conduct, and the visual depiction was of such conduct.

In violation of 18 U.S.C. § 2252(a)(2) and (b)(1).

## COUNT TWO

On or about December 17, 2018, in the Middle District of Florida, and elsewhere, the defendant,

## EMRAH KUC,

did knowingly distribute, and attempt to distribute, child pornography, that is, a visual depiction of a minor engaging in sexually explicit conduct, that had been mailed, shipped and transported using any means and facility of interstate and foreign commerce, and shipped and transported in and affecting interstate and foreign commerce by any means, including by computer.

In violation of 18 U.S.C. § 2252(a)(2) and (b)(1).

## COUNT THREE

On or about December 17, 2018, in the Middle District of Florida, and elsewhere, the defendant,

## EMRAH KUC,

did knowingly distribute, and attempt to distribute, child pornography, that is, a visual depiction of a minor engaging in sexually explicit conduct, that had been mailed, shipped and transported using any means and facility of interstate and foreign commerce, and shipped and transported in and affecting interstate and foreign commerce by any means, including by computer.

In violation of 18 U.S.C. § 2252(a)(2) and (b)(1).

## COUNT FOUR

On or about December 17, 2018, in the Middle District of Florida, and elsewhere, the defendant,

## EMRAH KUC,

did knowingly distribute, and attempt to distribute, child pornography, that is, a visual depiction of a minor engaging in sexually explicit conduct, that had been mailed, shipped and transported using any means and facility of interstate and foreign commerce, and shipped and transported in and affecting interstate and foreign commerce by any means, including by computer.

In violation of 18 U.S.C. § 2252(a)(2) and (b)(1).

## COUNT FIVE

On or about November 26, 2019, in the Middle District of Florida, and elsewhere, the defendant,

## EMRAH KUC,

did employ, use, persuade, induce, entice, and coerce a minor, to engage in any sexually explicit conduct for the purpose of producing a visual depiction of such conduct, and the visual depiction was produced and transmitted using materials that had been mailed, shipped, and transported in and affecting interstate and foreign commerce by any means, including by computer.

In violation of 18 U.S.C. § 2251(a) and (e).

## COUNT SIX

On or about January 15, 2021, in the Middle District of Florida, and elsewhere, the defendant,

EMRAH KUC,

did knowingly possess and attempt to possess a matter which contained a visual depiction that had been shipped and transported using any means and facility of interstate and foreign commerce and in and affecting interstate and foreign commerce, produced using materials which had been shipped and transported using any means and facility of interstate and foreign commerce including by computer, and produced using materials that had been shipped and transported in and affecting interstate and foreign commerce, when the production of the visual depiction involved the use of a minor engaging in sexually explicit conduct and the visual depiction was of such conduct and the depiction involved a prepubescent minor and a minor who had not attained 12 years of age.

In violation of 18 U.S.C. § 2252(a)(4)(B) and (b)(2).

## FORFEITURE

1. The allegations contained in Counts One through Six are incorporated by reference for the purpose of alleging forfeiture, pursuant to the provisions of 18 U.S.C. § 2253.

2. Upon conviction of a violation of 18 U.S.C. § 2252(a), the defendant shall forfeit to the United States, pursuant to 18 U.S.C. § 2253:

    a.    Any visual depiction described in 18 U.S.C. §§ 2251, 2251A, or 2252, 2252A, 2252B, or 2260 of Chapter 110, or any book, magazine, periodical, film, videotape, or other matter which contains any such visual depiction, which was produced, transported, mailed, shipped, or received in violation of Chapter 110;

    b.    Any property, real or personal, constituting or traceable to gross profits or other proceeds obtained from such offense; and

    c.    Any property, real or personal, used or intended to be used to commit or to promote the commission of such offense or any property traceable to such property.

3.    The property to be forfeited includes, but is not limited to, the following: Macbook Pro (S/N C02JVVX5DTY3), Apple iPhone A1549 (IMEI 354407066332791), Apple iPhone A1634 (IMEI 354952070863596), Apple iPhone A1687 (IMEI 353290070755160), and Apple iPhone A1533 (IMEI 013967002206204).

4.    If any of the property described above, as a result of any act or omission of the defendant:

    a.    cannot be located upon the exercise of due diligence;

    b.    has been transferred or sold to, or deposited with, a third person;

    c.    has been placed beyond the jurisdiction of the Court;

    d.    has been substantially diminished in value; or

    e.    has been commingled with other property which cannot be subdivided without difficulty;

the United States shall be entitled to forfeiture of substitute property pursuant to 21 U.S.C. § 853(p), as incorporated by 18 U.S.C. § 2253(b).

A TRUE BILL,

_____
Foreperson

MARIA CHAPA LOPEZ
United States Attorney

By: _____
Candace Garcia Rich
Assistant United States Attorney

By: _____
Carlton C. Gammons
Chief, Special Victims Section

FORM OBD-34
February 21

No.

# UNITED STATES DISTRICT COURT
Middle District of Florida
Tampa Division

THE UNITED STATES OF AMERICA

vs.

EMRAH KUC

## INDICTMENT

Violations: 18 U.S.C. §§ 2251(a), 2252(a)(2), and 2252(a)(4)(B)

A true bill,

_____
Foreperson

Filed in open court this 18th day

of February 2021.

_____
Clerk

Bail $_____

GPO 863 525