UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

CLERK'S MINUTES

| **CASE NO.:** | 8:21-cr-61-MSS-CPT | **DATE:** | February 22, 2021 |
|---|---|---|---|
| **HONORABLE CHRISTOPHER P. TUITE** | | **INTERPRETER:** | N/A |
| UNITED STATES OF AMERICA<br><br>v.<br><br>EMRACH KUC | | **LANGUAGE:** | |
| | | **GOVERNMENT COUNSEL**<br>Candance Rich, AUSA | |
| | | **DEFENSE COUNSEL**<br>Adam Allen, AFPD | |
| **COURT REPORTER:** DIGITAL | | **DEPUTY CLERK:** | Caleb Houston |
| **TIME** 4:15 P.M. to 4:39 P.M.  **TOTAL:** 24 min | | **PRETRIAL:** | Amy Jackson |
| | | **COURTROOM:** | 12B |

**PROCEEDINGS: INITIAL APPEARANCE/ARRAIGNMENT/ BOND/DETENTION**

Defendant arrested: 2/22/2021
Defendant present and advised of charges.
Defendant present and provided a copy of the Indictment.

Financial Affidavit submitted for approval. Court finds that Defendant qualifies for the appointment of counsel. Defendant indicates she will retain counsel. FPD appointed for this proceeding.

Defendant waives formal reading of the Indictment.
Not guilty plea entered by Defendant as to all counts.
Discovery: Government to provide under Rule 16(a); Defendant to provide under Rule 16(b).
Pretrial Discovery Order to be electronically filed.

Government moves for detention. Presumption, risk of flight, facing a mandatory minimum 15-year sentence. Defendant moves for release with conditions/opposes the Government's motion for detention. $400k secured bond cosigned by the mother, GPS monitoring, PTS Supervision, no internet access, no contact with minors, surrender passport, mental health/psych treatment.

Court orders defendant will be detained.

Trial set for April 2021 trial term beginning April 5th before District Judge Scriven. Status Conference on March 7, 2021 @ 9:00am.

DEFENDANT REMANDED TO THE CUSTODYOF USMS.

Oral Order Due Process Protection Act.