AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
Middle District of Florida

| United States of America | ) |
| v. | ) Case No. 8:21 cr 61 MSS-CPT |
| EMRAH KUC | ) |
| Defendant | ) |

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* EMRAH KUC,

who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment  ☐ Superseding Indictment  ☐ Information  ☐ Superseding Information  ☐ Complaint
☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice  ☐ Order of the Court

This offense is briefly described as follows:

Receipt and distribution of child pornography, in violation of 18 U.S.C. § 2252(a)(2); production of child pornography, in violation of 2251(a) and (e); and possession of child pornography, in violation of 18 U.S.C. § 2252(a)(4)(B).

Date: 2/19/2021

_____
*Issuing officer's signature*

City and state:  Tampa, Florida

ELIZABETH WARREN, Clerk, United States District Court
*Printed name and title*

### Return

This warrant was received on *(date)* 2/19/21, and the person was arrested on *(date)* 2/22/21
at *(city and state)* Tampa, FL.

Date: 2/22/2021

_____
*Arresting officer's signature*

Michael Saclarides Special Agent
*Printed name and title*