UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.                                                                Case No. 8:21-cr-61-MSS-CPT

KMRAH KUC
_____/

### MOTION TO WITHDRAW AS COUNSEL

The Federal Public Defender through undersigned counsel hereby moves to withdraw as counsel of record for Defendant, **KMRAH KUC,** and states:

1. Private Counsel, Jason M. Mayberry, filed his Notice of Appearance on March 01, 2021. (Doc 20)

### MEMORANDUM

Local Rule 2.03 provides that no attorney shall withdraw as counsel without approval of the Court and notice to the defendant. Otherwise, a trial court's decision to release counsel is an exercise of its discretion. *United States v. Williams*, 717 F.2d 473, 475 (9th Cir. 1983).

**WHEREFORE**, the undersigned counsel moves for an Order allowing Howard C. Anderson/The Federal Public Defender to withdraw as counsel of record.

Respectfully submitted,

JAMES T. SKUTHAN
ACTING FEDERAL DEFENDER

*/s/ Howard C. Anderson*
Howard C. Anderson
Florida Bar No, 0130176
Assistant Federal Defender
400 N. Tampa Street
Suite 2700

Tampa, Florida 33602  
Telephone: (813) 228-2715  
Fax: (813) 228-2562  
Email: Howard_Anderson@fd.org

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 5th day of March 2021, a true and correct copy of the foregoing was furnished by using the CM/ECF system with the Clerk of the Court, which will send notice of the electronic filing to the following:

Candace Garcia Rich, AUSA

*/s/ Howard C. Anderson*  
Howard C. Anderson  
Assistant Federal Defender