UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

     v.                           CASE NO. 8:21-cr-0061-MSS-CPT

EMRAH KUC

## GOVERNMENT'S STATUS REPORT

The United States of America, by Karin Hoppmann, Acting United States Attorney for the Middle District of Florida, files with this Court, pursuant to Fed. R. Crim. P. 17.1, the following status report. In response to the inquiries in the Court's order of February 23, 2021, the United States herein states as follows:

1. Brief summary of the case's status:

On February 18, 2021, Emrah Kuc was indicted on charges involving receipt, distribution, production and possession of child pornography. Doc. 1. At her initial appearance on February 23, 2021, the defendant entered a plea of not guilty. Additionally, an order was entered granting the government's Motion for detention. Doc. 17. The defendant is currently being detained pending trial.

On February 23, 2021, a Pretrial Discover Order was entered. Doc. 16. On March 1, 2021, Jason Mayberry filed a Notice of Appearance. Doc. 20. The government has provided initial discovery to the defense. As additional discovery becomes available, the government will supplement its initial production. This case is currently set for trial during the trial term commencing on April 5, 2021.

2.      Possibility of a plea agreement as to each defendant:

The parties have not had an opportunity to discuss the possibility of a plea agreement.

3.      Number of days required for trial, for government's case-in-chief:

If this case were to proceed to trial, the parties agree that the case would take three to four days to try, including jury selection.

4.      Pending motions, dates on which they were filed, and whether they are ripe for determination:

The defense filed a Motion for Bond on March 12, 2021. Doc. 23.

5.      Potential speedy trial problems:

This case is currently set for trial on the April trial calendar. Doc. 16.

The United States has consulted with counsel for the defendant herein and both parties agree to the above information.

Respectfully submitted,

KARIN HOPPMANN
Acting United States Attorney

By:    */s/ Candace Garcia Rich*
        Candace Garcia Rich
        Assistant United States Attorney
        Florida Bar No. 027792
        400 N. Tampa Street, Suite 3200
        Tampa, Florida 33602-4798
        Telephone:   (813) 274-6000
        Facsimile:    (813) 274-6358
        E-mail:        Candace.Rich@usdoj.gov

**U.S. v. EMRAH KUC**                    **Case No. 8:19-cr-00061-MSS-CPT**

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on March 12, 2021, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to the following:

Jason Mayberry, Esq.

*/s/ Candace Garcia Rich*
CANDACE GARCIA RICH
Assistant United States Attorney
Florida Bar No. 027792
400 N. Tampa Street, Suite 3200
Tampa, Florida 33602-4798
Telephone:   (813) 274-6000
Facsimile:    (813) 274-6358
E-mail:        Candace.Rich@usdoj.gov