UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

CLERK'S MINUTES

| CASE NO.: | 8:21-cr-61-MSS-CPT | DATE: | March 26, 2021 |
|---|---|---|---|
| **HONORABLE CHRISTOPHER P. TUITE** | | **INTERPRETER:** | N/A |
| UNITED STATES OF AMERICA<br><br>v.<br><br>EMRAH KUC | | **LANGUAGE:** | |
| | | **GOVERNMENT COUNSEL**<br>Candace Rich, AUSA | |
| | | **DEFENSE COUNSEL**<br>Jason Mayberry, Ret. | |
| **COURT REPORTER:** | DIGITAL | **DEPUTY CLERK:** | Caleb Houston |
| **TIME** 9:10am to 9:55am | **TOTAL:** 45 min | **PRETRIAL:** | Amy Jackson |
| | | **COURTROOM:** | 12B |

**PROCEEDINGS: Motion Hearing (Dkt. # 23: Motion for Bond)**

Defense moves for bond- (Dkt. # 23).

Government opposes bond – (Dkt. # 29).

Bond

    Defense – Defendant is a transgender female who has post-op medical needs that Pinellas County Jail is not capable to accommodate for further treatment. If defendant is granted pretrial release the defendant does not have the means to be a flight risk – passport will be apprehended to PTS, defendant's mother will put up her house as surety, home detention. Defendant is seeking release.

    Government – Supports that Pinellas County Jail is capable to accommodate the medical needs of the defendant.

Court continues the matter brought before the court. Motion for Bond continued to April 5, 2021 at 9 am to allow for testimony to be heard from defendant's provider.