UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.  CASE NO. 8:21-cr-0061-MSS-CPT

EMRAH KUC

## GOVERNMENT'S STATUS REPORT

The United States of America, by Karin Hoppmann, Acting United States Attorney for the Middle District of Florida, files with this Court, pursuant to Fed. R. Crim. P. 17.1, the following status report. In response to the inquiries in the Court's order of February 23, 2021, the United States herein states as follows:

1. Brief summary of the case's status:

On February 18, 2021, Emrah Kuc was indicted on charges involving receipt, distribution, production and possession of child pornography. Doc. 1. At her initial appearance on February 23, 2021, the defendant entered a plea of not guilty. Additionally, an order was entered granting the government's Motion for detention. Doc. 17. The defendant is currently being detained pending trial.

On February 23, 2021, a Pretrial Discover Order was entered. Doc. 16. On March 1, 2021, Jason Mayberry filed a Notice of Appearance. Doc. 20. The government has provided discovery to the defense. Additionally, the defense has had an opportunity to view the child pornography that is part of the discovery, but only available for viewing at the Department of Homeland Security. This case is currently

set for trial during the trial term commencing on June 7, 2021.

    2.       Possibility of a plea agreement as to each defendant:

The parties have not had an opportunity to discuss the possibility of a plea agreement.

    3.       Number of days required for trial, for government's case-in-chief:

If this case were to proceed to trial, the parties agree that the case would take three to four days to try, including jury selection.

    4.       Pending motions, dates on which they were filed, and whether they are ripe for determination:

The defense filed a Motion for Bond on March 12, 2021. Doc. 23. Since that time, the parties have been in ongoing litigation as to what the outcome of that Motion should be. The parties are currently scheduled for a hearing on the Motion for Bond on April 22, 2021.

    5.       Potential speedy trial problems:

This case is currently set for trial on the June trial calendar. Doc. 28.

The United States has consulted with counsel for the defendant herein and both parties agree to the above information.

                                                          Respectfully submitted,

                                                        KARIN HOPPMANN
                                                        Acting United States Attorney

By:   */s/ Candace Garcia Rich*
       Candace Garcia Rich
       Assistant United States Attorney
       Florida Bar No. 027792
       400 N. Tampa Street, Suite 3200
       Tampa, Florida 33602-4798
       Telephone: (813) 274-6000
       Facsimile: (813) 274-6358
       E-mail: Candace.Rich@usdoj.gov

U.S. v. EMRAH KUC                            Case No. 8:19-cr-00061-MSS-CPT

**CERTIFICATE OF SERVICE**

I hereby certify that on April 15, 2021, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to the following:

    Jason Mayberry, Esq.

                                 */s/ Candace Garcia Rich*
                                 CANDACE GARCIA RICH
                                 Assistant United States Attorney
                                 Florida Bar No. 027792
                                 400 N. Tampa Street, Suite 3200
                                 Tampa, Florida 33602-4798
                                 Telephone:  (813) 274-6000
                                 Facsimile:  (813) 274-6358
                                 E-mail:     Candace.Rich@usdoj.gov