UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

-vs-                                                                    Case No. 8:21-cr-61-MSS-CPT

EMRAH KUC

**CLERK'S MINUTES**
Proceeding: Evidentiary Hearing
*Courtroom 12B*

| | |
|---|---|
| Judge: Christopher P. Tuite, U.S. Magistrate Judge | Date: May 26, 2021 |
| Deputy Clerk: Ashley Sanders | Time: 9:05 AM |
| USPO: none | Recess: 9:50 AM |
| Court Reporter: Melissa Pierson | Total Time: 45 min |
| Interpreter: none | |

Counsel for USA:  Candace Rich, AUSA
Counsel for Defendant: Jason Mayberry, retained

Court calls case and counsel enters appearances.

Attorney Mayberry calls Dr. Sheikh Abdulla, MD.
Witness sworn.
Direct examination by Attorney Mayberry.
Witness released.

Attorney Rich calls Joel Johnson.
Witness sworn.
Direct examination by Attorney Rich.
Cross examination by Attorney Mayberry.
Witness released.

Attorney Mayberry argues for release on home detention with RF or GPS monitoring, secured bond and Adam Walsh conditions if necessary.

Attorney Rich argues the defense has not met its burden to reopen the issue of detention/bond.

Court takes the matter under advisement.

Recess.