**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

**UNITED STATES OF AMERICA,**

v.                                              Case No.:  8:21-CR-61-MSS-CPT

**EMRAH KUC**

_____ :

**UNOPPOSED MOTION TO CONTINUE TRIAL**

COMES NOW, Defendant Emrah Kuc, pursuant to Federal Rule of Criminal Procedure 12, 47, and Middle District of Florida Local Rule 3.01, and hereby respectfully moves this Honorable Court to continue the Trial in this matter set for the December 2022 trial calendar and set it on the January 2023 trial calendar.  The Government does not oppose this motion.

As grounds therefore, Defendant states as follows:

**Overview**

1. Undersigned counsel was retained to represent Ms. Kuc on February 26, 2021, for four counts of distribution and receipt of child pornography in violation of 18 U.S.C. 2252(a)(2) and (b)(1), one count of production of child pornography in violation of 18 U.S.C. 2251(a) and (e), and one count of possession of child pornography in violation of 18 U.S.C. 2252(1)(4)(B) and (b)(2).

2. Discovery has been received by undersigned counsel, discovery not subject to production has been reviewed at the Department of Homeland Security, and a computer forensic expert has reviewed such discovery not subject to production and has generated a report on such findings.

3. Considerable mitigation has been provided to the United States, several emails and phone calls have been exchanged, and in person meetings have occurred. Over the last year and a half, considerable negotiation has occurred.

4. A plea hearing is currently set for this case on December 12, 2022, at 11AM before the Honorable Judge Christopher Tuite. (Doc. 108).

5. Good faith attempts were made to set the plea hearing in late November and earlier in December, however scheduling conflicts prevented such efforts.

6. It is fully anticipated that this plea will be successful.

7. This case is currently set for the December 2022 trial term, commencing on December 5, 2022.

8. If this Honorable Court would allow for a final trial term continuance, the already scheduled plea could be entered on December 12, 2022, therefore removing this case from the trial docket.

9. Considering the representations above, undersigned counsel requests this Honorable Court grant a continuance to the January 2023 trial term in order for the plea hearing scheduled for December 12, 2022 to go through.

10. Three total waivers of speedy trial have been filed in this case, most recently one on July 19, 2022, waiving speedy trial through February 28, 2023.

### Certificate of No Opposition from Counsel for the Government

11. Undersigned counsel discussed this matter via email with counsel for the government, AUSA Ilyssa Spergel on November 15, 2022. AUSA Spergel has informed undersigned counsel that the Government does not oppose the continuance relief sought in this motion.

WHEREFORE, Defendant prays this Honorable Court will continue the trial in this case from the currently scheduled December 2022 trial period to the January 2023 trial period in order to complete the plea hearing set for December 12, 2022.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing has been furnished by Electronic Filing to the Office of the United States Attorney, this 15th day of November, 2022.

*/S/ Jason M. Mayberry*
MAYBERRY LAW FIRM
Jason M. Mayberry
3630 W. Kennedy Blvd.
Tampa, FL 33609
FBN- 36212
Attorney for the Defendant
Ph-813-444-7435
Fx-727-755-0098