**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

**UNITED STATES OF AMERICA**

v.                                                        Case No. 8:21-cr-61-MSS-CPT

**EMRAH KUC**

_____ /

**PRELIMINARY ORDER OF FORFEITURE**

The defendant pleaded guilty to, and was adjudged guilty of, the offenses charged in counts one through six of the indictment, violations of 18 U.S.C. §§ 2251(a), 2252(a)(2), and 2252(a)(4)(B).

The United States moves under 18 U.S.C. § 2253 and Rule 32.2(b)(2), Federal Rules of Criminal Procedure, for a preliminary order forfeiting the defendant's interest in a MacBook Pro (S/N C02JVVX5DTY3), Apple iPhone A1549 (IMEI 354407066332791), Apple iPhone A1634 (IMEI 354952070863596), Apple iPhone A1687 (IMEI 353290070755160), and Apple iPhone A1533 (IMEI 013967002206204).

Accordingly, it is **ORDERED** that the motion of the United States is GRANTED.

It is FURTHER ORDERED that, pursuant to 18 U.S.C. § 2253 and Rule 32.2(b)(2), Federal Rules of Criminal Procedure, the assets are FORFEITED to the United States of America for disposition according to law.

The Court retains jurisdiction to complete the forfeiture and disposition of the assets sought by the government.

**DONE** and **ORDERED** in Tampa, Florida, on this 9th day of January 2023.

_____
MARY S. SCRIVEN
UNITED STATES DISTRICT JUDGE

Copies to:
All Parties/Counsel of Record